IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

IN RE: WYNNEFORT BELL                        CASE NO. 23-70465
    Debtor                                   ~                       CHAPTER 7

**DEBTOR'S MOTION TO REOPEN CASE**

TO THE HONORABLE JUDGE OF SAID COURT:

      COMES NOW the Debtor herein, in the above-styled and numbered cause, by and through her attorney of record, Susan McDaniel Binkley, and files this Motion, and would respectfully show the Court as follows:

      1. Debtor filed this Chapter 7 on 04/06/2023 and did not receive a Discharge. The case was closed with a discharge on 07/24/23.

      2. The debtor wishes to reopen this case to amend her schedules to list a claim against a third party with the Court that existed pre-petition but the debtor was unaware all parties involved in the claim until recently.

      3. The debtor had listed the claim against another party and now wishes to amend her schedules to list the party that has recently been become known to her and is affiliated with the original claim of action.

      Debtor therefore moves that the case be reopened for the purpose of filing amended schedules to list a claim against a third party.

      WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully moves that this Court enter an Order reopening this case and for such other and further relief to which the Debtor may be justly entitled. Debtor moves that any hearing on this matter be scheduled in Texarkana, Arkansas.

      Dated this the 22nd day of August, 2025.

                                                                 Respectfully submitted,

                                                                 /s/ Susan McDaniel Binkley
                                                                 Susan McDaniel Binkley
                                                                 AR Bar # 2004020
                                                                 4223 Jefferson Ave.
                                                                 Texarkana, AR 71854
                                                                 (870)772-7711

**CERTIFICATE OF SERVICE**

      I, Susan McDaniel Binkley, attorney for Debtor, do hereby certify that a true and correct copy of the foregoing Debtor's Motion to Reopen Case has been served on Chapter 7 Trustee and on all interested creditors as shown on the Court's mailing matrix by U.S. mail with proper postage attached or by electronic mail on this 22nd day of August, 2025.

                                                                  /s/ Susan McDaniel Binkley
                                                                 Susan McDaniel Binkley